**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINEDA BIEN-AIME,<br>Petitioner,<br>v.<br>DAVID J VENTURELLA, et al.,<br>Respondents. | Case No. 5:26-cv-04983-CV-CTS<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>**(A 234-643-446)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;
2. Judgment shall be entered GRANTING the unopposed Petition;
3. Respondents must release **Petitioner Lineda Bien-Aime (A 234-643-446)** from custody within 24 hours of entry of this Order;
4. Respondents shall file a Notice of Release within 3 days of the entry of this Order;

5. Respondents are ENJOINED from re-detaining Petitioner absent a bona fide, documented, individualized showing of changed circumstances; and
6. The Court retains jurisdiction over this case to enforce compliance with its Judgment.

DATED: September 10, 2026

Cynthia Valenzuela
HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE