**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LINEDA BIEN-AIME,
Petitioner,
v.
DAVID J VENTURELLA, et al.,
Respondents.

Case No. 5:26-cv-04983-CV-CTS

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED: September 10, 2026

Cynthia Valenzuela
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE